# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

NICOLE DENISE NELSON,                             )
individually and on behalf of all others          )
similarly situated,                               )
                                                  )
     *Plaintiff*,                              )          Case No.: 3:17-cv-00183-NJR
                                                  )
v.                                                )
                                                  )
GREAT LAKES EDUCATIONAL LOAN                      )
SERVICES, INC., and                               )
DOE DEFENDANTS 1-10,                              )
                                                  )
     *Defendants*.                             )

## JOINT MOTION TO STAY

Plaintiff Nicole Denise Nelson and Defendant Great Lakes Educational Loan Services, Inc., by and through their undersigned counsel, hereby move to stay all pending deadlines in this matter. In support of this request, the Parties state as follows:

1.     At this time, the Parties have reached a settlement in principle.

2.     As such, the Parties request that this matter be stayed and all pending deadlines be stricken, such that the Parties can reduce their agreement to writing.

3.     This request is not made for purposes of delay, and no Party will be prejudiced by the relief requested herein.


Dated: February 11, 2021               Respectfully submitted,

                                      By: */s/ Brandon M. Wise*
                                      Brandon M. Wise – #6319580
                                      Paul A. Lesko - #6288806
                                      **PEIFFER WOLF CARR**
                                      **KANE & CONWAY, APLC**
                                      818 Lafayette Ave., Floor 2
                                      St. Louis, Missouri 63104

314.833.4825
bwise@peiffwolf.com
plesko@peiffwolf.com

*COUNSEL FOR PLAINTIFF*

By: */s/ Christopher O. Murray (w/ consent)*
Christopher O. Murray David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado  80202-4432
Phone: 303-223-1100
Email: cmurray@bhfs.com
dmeschke@bhfs.com

Christopher D. Baucom #06284672
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800 St. Louis, MO
63105
Phone: 314-621-5070
Email: cbaucom@atllp.com

*COUNSEL FOR DEFENDAT LAKES*
*LOAN SERVICES, INC.*

### CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, a true and accurate copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF e-filing system. Said system will provide notice and allow access to all counsel of record.

*/s/ Brandon M. Wise*

2