# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| NICOLE DENISE NELSON, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| *Plaintiff*, | ) ) | Case No.: 3:17-cv-00183-NJR-RJD |
| v. | ) ) | |
| GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., and DOE DEFENDANTS 1-10, | ) ) ) ) | |
| *Defendants*. | ) ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff Nicole Nelson and Defendants Great Lakes Educational Loan Services, Inc. *at al.*, by and through their respective undersigned counsel, to hereby agree and request that this matter be dismissed in its entirety, with prejudice, with each side to bear its own costs and fees, and that all future dates be stricken. A Proposed Order is submitted herewith.

Respectfully submitted,

By: */s/ Brandon M. Wise*

Brandon M. Wise
Paul A. Lesko
PEIFFER WOLF CARR & KANE, APLC
818 Lafayette Ave., Floor 2
St. Louis, Missouri 63104
Phone: 314-833-4825
Email: bwise@peifferwolf.com
Email: plesko@peifferwolf.com

COUNSEL FOR THE PLAINTIFF

By: */s/ Christopher O. Murray*

Christopher O. Murray
David B. Meschke
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202-4432
Phone: 303-223-1100
Email: cmurray@bhfs.com
Email: dmeschke@bhfs.com

Christopher D. Baucom
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Phone: 314-621-5070
Email: cbaucom@atllp.com
ATTORNEYS FOR THE DEFENDANT

1