IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NICOLE DENISE NELSON, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 3:17-CV-183-NJR |
| GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., and DOE DEFENDANTS 1-10, | |
| Defendants. | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of February 12, 2021 (Doc. 90), reflecting settlement between the parties, and the Stipulation of Dismissal filed May 10, 2021 (Doc. 91), this action is **DISMISSED with prejudice** with each party to bear its own costs and fees.

DATED:  May 11, 2021

MARGARET M. ROBERTIE,
Clerk of Court

By:  s/ *Deana Brinkley*
Deputy Clerk

APPROVED:  _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge